## UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

October 9, 2020

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Tharas<br>                      Plaintiff,<br><br>- *against* -<br><br>RPW Group of NY, LLC<br>                      Defendants. | **RESCHEDULING ORDER**<br><br>7:19-cv-02082-PED |

TO ALL PARTIES:

The telephone conference scheduled for <u>October 15, 2020 at 9:30 a.m</u>. before the Hon. Paul E. Davison, U.S.M.J., is rescheduled to <u>October 20, 2020 at 11:00  a.m</u>.

<u>**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!**</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Oct 9, 2020**

SO ORDERED:

*/s/ Paul E. Davison*
Hon. Paul E. Davison
United States Magistrate Judge

Oct 9, 2020