**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tharas,<br><br>**Plaintiff,**<br><br>- *against* -<br><br>**RPW Group of NY, LLC**<br><br>**Defendant,** | **ORDER**<br><br>7:19-cv-02082-PED |

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: March 6, 2023                                      SO ORDERED:
      White Plains, New York

                                           PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Mar 6, 2023**